UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BREEANNE BUCKLEY PENI,

                Plaintiff,

         -against-

DAILY HARVEST, INC.,

                Defendant.
------------------------------------------------------------X

22-CV-5443 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on June 27, 2022, (Doc. 1), and filed an affidavit of service on July 7, 2022, (Doc. 7). The deadline for Defendant to respond to Plaintiff's complaint was July 21, 2022. (*See id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 31, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 25, 2022
             New York, New York

                                                VERNON S. BRODERICK
                                                United States District Judge