UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREEANNE BUCKLEY PENI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAILY HARVEST, INC. and SECOND BITE FOODS, INC. d/b/a "STONE GATE FOODS", and JOHN DOE ENTITIES 1-5,<br><br>Defendants. | Civil Case No. 1:22-cv-05443-DLC<br><br>**Declaration of Breeanne Buckley Peni in Opposition to Defendant Daily Harvest' Inc.'s Motion to Compel Arbitration and Stay All Proceedings** |

BREANNE BUCKLEY PENI, hereby declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the above-named plaintiff in this case.

2. I have reviewed the Declaration of Ricky Silver filed in support of defendant Daily Harvest's motion seeking to compel arbitration of my claims.

3. I do not recall whether I did or did not read the Daily Harvest Terms of Use.

4. I never read the JAMS Streamlined Arbitration Rules & Procedures.

5. Any purchases I made were automatically billed to my credit card when ordered. My purchases in May 2022 totaled approximately $121.66 and after discounts I paid $83.75. The price of the French Lentil & Leek Crumbles that I ordered was $9.79.

6. I never thought that I would be prevented from filing a claim for personal injuries against Daily Harvest in court. I never intended to arbitrate any personal injuries claims.

7. I am not experienced in the drafting or negotiation of contracts.

8. I believe that it is unfair to require me to arbitrate my personal injury claims.

2

I declare the foregoing to be true and correct under penalty of perjury.

Dated:  September 3, 2022.

                                                                          Breanne Buckley Peni