```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
JUSTIN ALBRIGHT, on behalf of his      :
daughter T.A. a minor,                 :
                                       :   22cv5987 (DLC)
                    Plaintiff,         :   22cv5443 (DLC)
                                       :
          -v-                          :       ORDER
                                       :
DAILY HARVEST, INC., et al.,           :
                                       :
                    Defendants.        :
                                       :
-------------------------------------- X
-------------------------------------- X
                                       :
BREANNE BUCKLEY PENI, individually and :
on behalf of all others similarly      :
situated,                              :
                                       :
                    Plaintiff,         :
          -v-                          :
                                       :
DAILY HARVEST, INC.,                   :
                                       :
                    Defendant.         :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On October 24, 2022, plaintiff's counsel in Albright v. Daily Harvest, Inc. (22cv5987) requested to appear via teleconference or videoconference at the conference scheduled for November 4. It is hereby

ORDERED that the November 4 conference will be held telephonically. The parties shall use the following dial-in credentials for the telephone conference:

Dial-in: 888-363-4749

Access code: 4324948

The parties shall use a landline if one is available.

Dated: New York, New York
October 24, 2022

                                                            *Denise Cote*
DENISE COTE
United States District Judge