UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :      22cv5443 (DLC)
BREANNE BUCKLEY PENI, individually and     :
on behalf of all others similarly          :      ORDER
situated,                                  :
                                           :
                         Plaintiff,        :
            -v-                            :
                                           :
DAILY HARVEST, INC., et al.,               :
                                           :
                         Defendants.       :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     The plaintiff filed this action against defendant Daily

Harvest, Inc. ("Daily Harvest") on June 27.  On July 27, Daily

Harvest moved to compel arbitration.  On August 17, the

plaintiff amended her complaint to add defendants Second Bite

Foods, Inc. (doing business as Stone Gate Foods) ("Stone Gate")

and five "John Doe Entities."

     At a pretrial conference held on November 4, discovery in

this case was stayed pending the resolution of Daily Harvest's

July 27 motion to compel arbitration.  On November 10, Daily

Harvest's motion to compel arbitration was granted.

     On November 21, Stone Gate filed an answer to the amended

complaint.  Stone Gate included in its answer an "Eighteenth

Affirmative Defense," asserting that

     Plaintiffs' claims against Stone Gate Foods should be

dismissed or stayed as they are intertwined with the
claims against Daily Harvest and thus subject to the
arbitration agreement contained in Daily Harvest's
Terms of Use.

Stone Gate has not yet filed a motion to compel arbitration.

Accordingly, it is hereby

ORDERED that, should Stone Gate wish to arbitrate the

claims against it, it shall by December 16 file any motion to

compel arbitration.  Any opposition shall be due January 13.

Any reply shall be due January 27.

IT IS FURTHER ORDERED that, if Stone Gate does not file by

December 16 a motion to compel arbitration, the discovery stay

in this case is lifted as it pertains to discovery between the

plaintiff and Stone Gate.


Dated:      New York, New York
            November 22, 2022


                            _____
                            DENISE COTE
                            United States District Judge

2