UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
BREEANNE BUCKLEY PENI, individually :
and on behalf of all others similarly :
situated,                           :        22cv5443 (DLC)
                                    :
                         Plaintiff, :        ORDER
             -v-                    :
                                    :
DAILY HARVEST, INC., et al.,        :
                                    :
                        Defendants. :
                                    :
------------------------------------X

DENISE COTE, District Judge:

     On November 22, 2022, defendant Second Bite Foods, Inc.

filed a motion to strike the class allegations in the

plaintiff's complaint.  It is hereby

     ORDERED that any opposition is due December 16, 2022.  Any

reply is due January 13.  At the time any reply is served, the

moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.


Dated:    New York, New York
          November 22, 2022


                              _____
                                     DENISE COTE
                              United States District Judge