UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREEANNE BUCKLEY PENI, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     -v-<br><br>DAILY HARVEST, INC.,<br>                              Defendant.<br>JUSTIN ALBRIGHT, on behalf of his daughter T.A. a minor,<br>                              Plaintiff,<br><br>     -v-<br><br>DAILY HARVEST, INC., et al.,<br>                              Defendants. | CIVIL ACTION NO.: 1:22 Civ. 5443 (DLC) (SLC)<br>                       1:22 Civ. 5987 (DLC) (SLC)<br><br><br><br><br>ORDER |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic conference held today, November 29, 2022, the parties shall file a joint status letter by **Tuesday, February 28, 2023**, advising the Court whether (i) scheduling a global settlement would be productive, and if yes, (ii) proposing dates for a settlement conference in April 2023 (excluding the week of April 10–14, 2023).

Dated:   New York, New York              SO ORDERED.
         November 29, 2022

                                         _____
                                         SARAH L. CAVE
                                         United States Magistrate Judge