UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREEANNE BUCKLEY PENI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DAILY HARVEST, INC. and SECOND BITE FOODS, INC. d/b/a "STONE GATE FOODS", and JOHN DOE ENTITIES 1-5,<br><br>Defendants. | Civil Case No. 1:22-cv-05443-DLC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SECOND BITE FOODS, INC.** |

IT IS HEREBY STIPULATED by and among the parties through their undersigned counsel that the above-entitled action be discontinued and dismissed without prejudice against defendant Second Bite Foods, Inc., and without costs or attorney's fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The claims against defendant Daily Harvest, Inc. have been stayed pursuant to the order of the Court compelling arbitration of said claims (Doc. 36).

Dated: January 17, 2023

_____
James R. Peluso (Bar Roll # JP2875)
Dreyer Boyajian LLP
75 Columbia Street
Albany, NY 12210
Telephone: (518) 463-7784
jpeluso@dblawny.com

Joseph E. O'Connor (Bar Roll # JO5185)
O'Connor & Partners, PLLC
255 Wall Street, Kingston, NY 12401
Telephone: (845) 303-8777
joconnor@onplaw.com

*Counsel for Plaintiff Breeanne Buckley Peni*

_____
Bryan Vannini
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
1010 Washington Boulevard
Stamford, CT 06901
bryan.vannini@wilsonelser.com

*Counsel for Second Bite Foods, Inc. d/b/a Stone Gate Foods*

_____
Jeffrey S. Jacobson
Faegre Drinker Biddle & Reath, LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
jeffrey.jacobson@faegredrinker.com

*Counsel for Daily Harvest, Inc.*