UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN ALBRIGHT, <u>on</u> <u>behalf</u> <u>of</u> <u>his</u> <u>daughter</u> <u>T.A.</u> <u>a minor</u>,<br><br>　　　　　　　Plaintiff,<br><br>　-v-<br><br>DAILY HARVEST, INC., et al.,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO.: 1:22 Civ. 5443 (DLC) (SLC)<br><br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On November 29, 2022, the Court directed the parties to file a joint status letter (the "Status Letter") by February 28, 2023, advising the Court whether (i) scheduling a global settlement would be productive, and if yes, (ii) proposing dates for a settlement conference in April 2023 (excluding the week of April 10–14, 2023). (ECF No. 44). To date the parties have not filed the Status Letter. Accordingly, by **today, March 1, 2023 at 5:00 p.m.** the parties shall file the Status Letter.

Dated:　　New York, New York　　SO ORDERED.
　　　　　　March 1, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SARAH L. CAVE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge