UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREEANNE BUCKLEY PENI, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>  -v-<br><br>DAILY HARVEST, INC.,<br>                              Defendant.<br>JUSTIN ALBRIGHT, on behalf of his daughter T.A. a minor,<br><br>                              Plaintiff,<br>  -v-<br><br>DAILY HARVEST, INC., <u>et al.</u>,<br>                              Defendants. | CIVIL ACTION NO.: 1:22 Civ. 5443 (DLC) (SLC)<br>1:22 Civ. 5987 (DLC) (SLC)<br><br><br>**ORDER RESCHEDULING STATUS<br>CONFERENCE** |

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the Court hereby ADJOURNS the telephonic status conference scheduled for June 20, 2023 to **Wednesday, June 14, 2023 at 11:00 a.m.**  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.  The parties shall be prepared to discuss whether the settlement conference scheduled for Friday, July 14, 2023 at 10:00 a.m. shall proceed as scheduled.

Dated:       New York, New York
                June 2, 2023

                                                    SO ORDERED.

                                                     _____
                                                     **SARAH L. CAVE**
                                                     **United States Magistrate Judge**