UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREEANNE BUCKLEY PENI, individually and on behalf of all others similarly situated,

                Plaintiff,

-v-

DAILY HARVEST, INC.,

                Defendant.

JUSTIN ALBRIGHT, on behalf of his daughter T.A. a minor,

                Plaintiff,

-v-

DAILY HARVEST, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 5443 (DLC) (SLC)
22 Civ. 5987 (DLC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In response to the Court's order for Defendant Molinos Asociados SAC ("Molinos") to show cause why it failed to appear for the telephone conference held on June 14, 2023 (ECF No. 185), Molinos' counsel filed a declaration indicating that Molinos was aware of the conference but did not attend in order to preserve a jurisdictional defense. (ECF No. 189).

If Molinos seeks to be excused from a future conference, other appearance, or deadline ordered by the Court, it must request permission from the Court in advance. The Court otherwise deems the order to show cause resolved.

Dated:    New York, New York
            June 20, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge