UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREEANNE BUCKLEY PENI, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br> -v-<br><br>DAILY HARVEST, INC., et al.,<br>        Defendants. | CIVIL ACTION NO. 22 Civ. 5443 (DLC) (SLC)<br>CIVIL ACTION NO. 22 Civ. 5987 (DLC) (SLC) |
| JUSTIN ALBRIGHT, on behalf of his daughter T.A. a minor, et al.,<br><br>        Plaintiffs,<br><br> -v-<br><br>DAILY HARVEST, INC., et al.,<br>        Defendants. | **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

  A telephonic status conference is scheduled for **Thursday, October 5, 2023 at 11:00 a.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. Counsel for Plaintiffs; Daily Harvest, Inc.; Second Bite Foods, Inc.; Smirk's Ltd., and Molinos Asociados SAC shall attend the Conference and be prepared to discuss their availability, and that of their clients, for a further in-person settlement conference.

Dated:  New York, New York    SO ORDERED.
      September 28, 2023

                     _____
                     **SARAH L. CAVE**
                     **United States Magistrate Judge**