UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BREEANNE BUCKLEY PENI, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>DAILY HARVEST, INC.,<br><br>　　　　　　　　　　Defendant.<br><br>---<br><br>JUSTIN ALBRIGHT, on behalf of his daughter T.A. a minor,<br><br>　　　　　　　　　　Plaintiff,<br><br>　-v-<br><br>DAILY HARVEST, INC., et al.,<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION NO.: 22 Civ. 5443 (DLC) (SLC)<br>22 Civ. 5987 (DLC) (SLC)<br><br><br><br><br><br><br><br><u>ORDER</u> |

**SARAH L. CAVE,** United States Magistrate Judge.

　　A telephone conference to discuss settlement with Plaintiffs' counsel (the "Conference") is scheduled for **Wednesday, February 7, 2024 at 1:00 p.m.** on the Court's conference line. Counsel for Plaintiffs in <u>both</u> of the above-captioned cases shall call: (866) 390-1828; access code: 380-9799, at the scheduled time. Counsel for plaintiffs in any related actions pending in other jurisdictions and counsel for any pre-suit claimants may also participate in the Conference. Defendants are <u>not</u> to attend the Conference.

Dated:   New York, New York
         January 29, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2