```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
JUSTIN ALBRIGHT, on behalf of his         :
daughter T.A. a minor,                    :
                                          :    22cv5987 (DLC)
                          Plaintiff,      :    22cv5443 (DLC)
                                          :
               -v-                        :        ORDER
                                          :
DAILY HARVEST, INC., et al.,              :
                                          :
                          Defendants.     :
                                          :
----------------------------------------- X
----------------------------------------- X
                                          :
BREANNE BUCKLEY PENI, individually and    :
on behalf of all others similarly         :
situated,                                 :
                                          :
                          Plaintiff,      :
               -v-                        :
                                          :
DAILY HARVEST, INC.,                      :
                                          :
                          Defendant.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the May 16, 2024 telephone conference is rescheduled to May 16, 2024 at 1:30 P.M. The parties shall use the following dial-in credentials for the telephone conference:

        Dial-in:     888-363-4749
        Access Code: 4324948

The parties shall use a landline if one is available.

Dated:   New York, New York
         May 14, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge