```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
JULIE WATSON,                         :    23-cv-10265 (DLC)
                                      :    22-CV-05443 (DLC)
                Plaintiff,            :
                                      :         ORDER
     -v-                              :
                                      :
                                      :
SECOND BITE FOODS, INC. d/b/a "STONE  :
GATE FOODS," and SMIRK'S LTD,         :
                                      :
                Defendants.           :
                                      :
------------------------------------- X
                                      :
BREEANNE BUCKLEY PENI, individually   :
and on behalf of all others similarly :
situated,                             :
                                      :
                Plaintiff,            :
                                      :
     -v-                              :
                                      :
                                      :
DAILY HARVEST INC., et al.,           :
                                      :
                Defendants.           :
------------------------------------- X
```

DENISE COTE, District Judge:

    On September 4, 2024, the Clerk of Court received a supplemental memorandum of law, postmarked August 30, in support of an objection to the proposed class action settlement. A copy of the memorandum is attached to this Order. Accordingly, it is hereby

    ORDERED that the memorandum shall be docketed.

    IT IS FURTHER ORDERED that the accompanying Exhibit 1,

containing medical records, shall be docketed under seal, such that access is restricted to the parties and court personnel.

Dated:   New York, New York
         September 6, 2024

                                      _____
                                              DENISE COTE
                                       United States District Judge