```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JUSTIN ALBRIGHT, on behalf of his        :
daughter T.A. a minor,                   :
                                         :       22cv5987 (DLC)
                       Plaintiff,        :       22cv5443 (DLC)
                                         :
              -v-                        :          ORDER
                                         :
DAILY HARVEST, INC., et al.,             :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
---------------------------------------- X
                                         :
BREEANNE BUCKLEY PENI, individually      :
and on behalf of all others similarly    :
situated,                                :
                                         :
                       Plaintiff,        :
              -v-                        :
                                         :
DAILY HARVEST, INC.,                     :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 20, 2024, plaintiff Breeanne Buckley Peni filed an unopposed motion for preliminary approval of a proposed class action settlement, approval of notice to class members, and the appointment of class counsel.  Accordingly, it is hereby

ORDERED that a telephone conference will be held on **October 3, 2024 at 11:00 a.m.** to discuss preliminary approval of the settlement.  The parties shall use the following dial-in

credentials for the telephone conference:

    Dial-in:       888-363-4749
    Access code:  4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
         September 25, 2024

_____
DENISE COTE
United States District Judge