```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :    22cv5443 (DLC)
BREEANNE BUCKLEY PENI, individually    :
and on behalf of all others similarly  :        ORDER
situated,                              :
                                       :
                         Plaintiff,    :
              -v-                      :
                                       :
DAILY HARVEST, INC., et al.,           :
                                       :
                         Defendants.   :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On September 20, 2024, the plaintiff filed an unopposed motion for preliminary approval of a class action settlement with defendants Smirk's Ltd. and Molinos Asociados SAC. On October 3, a telephone conference was held to discuss preliminary approval of the settlement. On October 8, the plaintiff filed an amended unopposed motion for preliminary approval of the settlement. Preliminary approval was granted on October 9. Accordingly, it is hereby

ORDERED that a hearing on final approval of the proposed class action settlement pursuant to Fed. R. Civ. P. 23(e) shall be held on **March 3, 2025** at **2:00 P.M.** in Courtroom 18B, United

States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         October 9, 2024

                         _____
                              DENISE COTE
                         United States District Judge

2