```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    22cv5443 (DLC)
BREEANNE BUCKLEY PENI, individually   :
and on behalf of all others similarly :    ORDER
situated,                             :
                                      :
                          Plaintiff,  :
            -v-                       :
                                      :
DAILY HARVEST, INC., et al.,          :
                                      :
                          Defendants. :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On October 4, 2024, the Clerk of Court received a request from Aleta Reese to opt out of the proposed class action settlement with defendants Daily Harvest, Inc. and Second Bite Foods, Inc. ("Settling Defendants"). The opt-out deadline was July 24, 2024. An Order of October 8 directed the Settling Defendants and plaintiff to respond to Ms. Reese's request to opt out by noon on October 11, 2024, which they did. A final approval hearing on the settlement was held on October 15, and Ms. Reese's request to opt out was denied. Accordingly, it is hereby

ORDERED that, if Ms. Reese wishes to make a claim for damages in this settlement, she shall submit a claim form to the Settlement Administrator by **November 12, 2024.**

IT IS FURTHER ORDERED that the Settling Defendants shall

promptly serve this Order, along with instructions for submitting a claim, on Ms. Reese no later than **October 17, 2024**.

Dated:   New York, New York
         October 15, 2024

```
                    _____
                           DENISE COTE
                    United States District Judge
```