# MARLER CLARK
===== THE FOOD SAFETY LAW FIRM =====

**MARLER CLARK INC., PS** | 180 Olympic Dr SE Bainbridge Is., WA 98110
TEL 1.206.346.1888 | FAX 1.206.346.1898 | EMAIL marler@marlerclark.com | WEB marlerclark.com

WILLIAM D. MARLER
WRITER'S DIRECT LINE
(206) 346-1890
BMARLER@MARLERCLARK.COM

February 25, 2025

**SENT VIA ECF**
Hon. Denise Cote, District Judge
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1910
New York, NY 10007

    RE:    Peni v. Daily Harvest, Inc., et al., Civil Action No.: 22-cv-5443-DLC

Dear Judge Cote:

    I suppose for me your Honor, the phrase "lightening does not strike twice, " clearly is inapplicable to my physical activities. I am therefore writing as lead counsel to the Class to respectfully request permission to attend the Final Approval Hearing scheduled for March 3, 2025, remotely. I recently suffered a fall while biking, resulting in five cracked ribs, a partially collapsed lung, and a concussion. My physician has strongly advised against travel due to my injuries, and I am therefore unable to attend the hearing in-person as a result.

    I have conferred with counsel for all parties, and they have no objection to my attending and presenting at the hearing remotely. Additionally, counsel for all parties has expressed no opposition to the Court conducting the entire hearing remotely, should that be the Court's preference.

    Thank you for your understanding and consideration of these requests.

    Respectfully Submitted,

**MARLER CLARK, INC., PS**

By:    /s/ William D. Marler
William D. Marler, Esq.
admitted *pro hac vice*
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1888
bmarler@marlerclark.com

*Attorneys for the Plaintiff*

Granted.

/s/ Denise Cote
2/26/25

cc: All Counsel via ECF