```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    22cv5443 (DLC)
BREEANNE BUCKLEY PENI, individually  :
and on behalf of all others similarly:    ORDER
situated,                            :
                                     :
                    Plaintiff,       :
         -v-                         :
                                     :
DAILY HARVEST, INC., et al.,         :
                    Defendants.      :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

    On August 18, 2025, the settlement administrator for the Daily Harvest Crumbles Settlement and the Smirk's-Molinos Crumbles Settlement filed a motion to amend the HIPAA Qualified Protective Order entered by the Court on April 29, 2025.  ECF No. 155.  Accordingly, it is hereby

    ORDERED that the parties shall file any opposition to the motion by **August 26, 2025.**

Dated:    New York, New York
            August 19, 2025

                                      _____
                                           DENISE COTE
                              United States District Judge