```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22cv5443 (DLC)
BREEANNE BUCKLEY PENI, individually      :
and on behalf of all others similarly    :         ORDER
situated,                                :
                                         :
                    Plaintiff,           :
          -v-                            :
                                         :
DAILY HARVEST, INC., et al.,             :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    On September 12, 2025, the settlement administrator for the Daily Harvest Crumbles Settlement filed a motion to establish an extended late claims deadline.  Accordingly, it is hereby

    ORDERED that the parties shall file any opposition to the motion by **September 26, 2025.**

Dated:    New York, New York
           September 12, 2025

                                      _____
                                          DENISE COTE
                                United States District Judge