# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Breeanne Buckley Peni, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br>v.<br><br>DAILY HARVEST, INC., and SECOND BITE FOODS, INC. d/b/a "STONE GATE FOODS",<br>                      Defendants. | Civil Action No. 22-cv-05443<br><br>Honorable Denise Cote |

## **EXTENDED LATE CLAIMS DEADLINE ORDER**

Before this Court is the Settlement Administrator's unopposed Motion to Establish an Extended Late Claims Deadline. By Order dated May 22, 2024[1], this Court appointed Edgar C. Gentle, III, to serve as the Settlement Administrator for the Daily Harvest Crumbles Settlement (the "Settlement").

The Settlement has received 33 late Claim Forms, with 12 being filed within 90 days of the present September 2, 2024 Claim Form deadline, or by December 1, 2024. Thereafter, there was a 30-day period during which no Claim Forms were filed. Then, commencing 120 days after the present Claim Form deadline, or on December 31, 2025 forward, 20 more Claim Forms were filed. These additional Claim Forms may have been precipitated by the second Crumbles Settlement with Smirk's-Molinos.

Having considered the Settlement Administrator's Motion, and the requirements of law, the Court **GRANTS** the Motion as follows:

**IT IS HEREBY ORDERED AS FOLLOWS:**

---

[1] Section 11 Order Granting Preliminary Approval of Settlement. (Document 77).

To be fair and consistent to all claimants, the Settlement Administrator shall adopt the following objective procedure for late Claim Forms: Claim Forms filed within 90 days of the Claim Form deadline, or by December 1, 2024, shall be accepted, and Claim Forms filed more than 90 days after the Claim Form deadline should be denied.

Dated: 29th day of September, 2025.

/s/ Denise Cote

The Honorable Denise Cote
United States District Judge