```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
BREEANNE BUCKLEY PENI, individually       :
and on behalf of all others similarly     :
situated,                                 :
                                          :      22cv5443 (DLC)
                              Plaintiff,  :
            -v-                           :      ORDER
                                          :
DAILY HARVEST, INC., et al.,              :
                                          :
                              Defendants. :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On October 6, 2025, the settlement administrator for the Daily Harvest Crumbles Settlement and the Smirk's-Molinos Crumbles Settlement filed a second motion to amend the HIPAA Qualified Protective Order originally entered by the Court on April 29, 2025, and entered as amended by the Court on August 26, 2025.  ECF Nos. 155, 158.  Accordingly, it is hereby

ORDERED that the parties shall file any opposition to the motion by **October 14, 2025.**

Dated:    New York, New York
          October 7, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge