```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
BREEANNE BUCKLEY PENI, individually      :
and on behalf of all others similarly    :
situated,                                :
                                         :    22cv5443 (DLC)
                              Plaintiff, :
                -v-                      :         ORDER
                                         :
DAILY HARVEST, INC., et al.,             :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 31, 2025, the settlement administrator for the Daily Harvest Crumbles Settlement and the Smirk's-Molinos Crumbles Settlement filed a Report and Recommendation. Accordingly, it is hereby

ORDERED that the parties shall file any opposition to the Report and Recommendation by **November 11, 2025.**

Dated:   New York, New York
         November 4, 2025

                                   _____
                                            DENISE COTE
                                   United States District Judge