UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Breeanne Buckley Peni, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DAILY HARVEST, INC., and SECOND BITE FOODS, INC. d/b/a "STONE GATE FOODS",<br>Defendants. | Civil Action No. 22-cv-05443<br><br>Honorable Denise Cote |

### SETTLEMENT ADMINISTRATOR'S MOTION TO FILE UNDER SEAL EXHIBIT A DE-IDENTIFIED TABLE AND BAR DIAGRAM OF CATEGORY 5 ENHANCEMENT POINTS AWARDED

On October 31, 2025, Edgar C. Gentle, III, the Settlement Administrator of the Daily Harvest Crumbles Settlement (the "Settlement Administrator"), filed the Settlement Administrator's Report and Recommendations, including Exhibit A De-Identified Table And Bar Diagram of Category 5 Enhancement ("Exhibit A"). Exhibit A includes claimant information regarding individual Settlement injuries that should remain confidential to ensure claimants cannot be identified by his or her injuries and has been redacted from the public version of the Settlement Administrator's Report and Recommendations.

For these reasons, the Settlement Administrator respectfully requests that the Court issue an Order permitting the filing under seal of the unredacted Exhibit A.

Dated: October 31, 2025

*Approved.*
*Denise Cote*
*11/4/25*

Respectfully submitted,

*[signature]*

Edgar C. Gentle, III
*Settlement Administrator for the*
*Daily Harvest Crumbles Settlement*

Gentle, Turner & Benson, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000
egentle@gtandslaw.com