UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Breeanne Buckley Peni, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>  v.<br><br>DAILY HARVEST, INC., and SECOND BITE FOODS, INC. d/b/a "STONE GATE FOODS",<br>           Defendants. | Civil Action No. 22-cv-05443<br><br>Honorable Denise Cote |

[PROPOSED] ORDER GRANTING SETTLEMENT ADMINISTRATOR'S REPORT RESPECTING (A) AWARD VALUES; (B) ALLOCATION OF INTEREST EARNED TO DATE AND THE STATUS OF THE SETTLEMENT HOLDBACK; (C) THE SUGGESTED CATEGORY 5 MATRIX; (D) A RECOMMENDED 10% ADVANCE PAYMENT FOR ALL DAILY HARVEST CRUMBLES CATEGORY 2 THROUGH 4 CLAIMANTS NOT TAKING INTO ACCOUNT ANY CATEGORY 5 AWARD THEY MAY RECEIVE IN THE FUTURE; (E) SUGGESTED PROCEDURES FOR PAYING CLAIMS CLEARED OF LIENS; AND (F) SUGGESTED PROCEDURE FOR PAYING AWARDS FOR THE BENEFIT OF MINOR CLAIMANTS

Upon the Motion of the Settlement Administrator, not opposed by the Parties, this Court issues the following Order approving the Settlement Administrator's Recommendations.

(A) The Category 1, 2, 3 and 4 award values and the amount available for Category 5 set forth in part A of the Settlement Administrator's Report and Recommendation is hereby approved.

(B) The application of interest earned to date in the Daily Harvest Settlement made to awards as described in part B of the Settlement Administrator's Report and Recommendation is hereby approved.

(C) The Category 5 extraordinary damages, Extraordinary Injury Matrix, and recommended procedures described in part C of the Settlement Administrator's Report and Recommendation is hereby approved.

(D) The recommended 10% advance payment for Category 2 through 4 claimants described in part D of the Settlement Administrator's Report and Recommendation is hereby approved.

(E) The recommended procedures for paying claimants described in part E of the Settlement Administrator's Report and Recommendation, after cleared of liens, and which provide for indemnification of the Settlement Administrator and the Settlement is hereby approved.

(F) The recommended procedure in Part F of the Settlement Administrator's Report and Recommendation with respect to payments for the benefit of minor claimants is hereby approved.

**IT IS SO ORDERED.**

Dated: November 12, 2025

_____
THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE