UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
BREEANNE BUCKLEY PENI, individually      :
and on behalf of all others similarly    :
situated,                                :
                                         :                22cv5443 (DLC)
                              Plaintiff,  :
              -v-                         :                ORDER
                                         :
DAILY HARVEST, INC., et al.,             :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     Final judgment was entered in the above-captioned case on

March 11, 2025.  An Order of February 6, 2026, instructed the

parties to file any letters opposing the closure of related

cases by February 13.  Having received no such letter, it is

hereby

     ORDERED that the Clerk of Court shall close the following

related cases as of March 11, 2025: 22cv5987(DLC);

23cv1607(DLC); 23cv1617(DLC); 23cv1620(DLC); 23cv1627(DLC);

23cv1633(DLC); 23cv1640(DLC); 23cv1643(DLC); 23cv1648(DLC);

23cv1649(DLC); 23cv1651(DLC); 23cv1653(DLC); 23cv1658(DLC);

23cv1659(DLC); 23cv1660(DLC); 23cv1662(DLC); 23cv1663(DLC);

23cv1664(DLC); 23cv1666(DLC); 23cv1668(DLC); 23cv1672(DLC);

23cv1673(DLC); 23cv1681(DLC); 23cv1683(DLC); 23cv1686(DLC);

23cv1688(DLC); 23cv1692(DLC); 23cv1694(DLC); 23cv1703(DLC);

23cv1705(DLC);  23cv1709(DLC);  23cv1712(DLC);  23cv1713(DLC);

23cv1718(DLC);  23cv1721(DLC);  23cv1725(DLC);  23cv1727(DLC);

23cv1732(DLC);  23cv1734(DLC);  23cv1736(DLC);  23cv1737(DLC);

23cv1740(DLC);  23cv1741(DLC);  23cv1742(DLC);  23cv1743(DLC);

23cv1744(DLC);  23cv1745(DLC);  23cv1748(DLC);  23cv1750(DLC);

23cv2038(DLC);  23cv2466(DLC);  23cv2607(DLC).

Dated:      New York, New York
            February 17, 2026

                                _____
                                DENISE COTE
                                United States District Judge