UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Breeanne Buckley Peni, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>    v.<br><br>DAILY HARVEST, INC., and SECOND BITE FOODS, INC. d/b/a "STONE GATE FOODS",<br><br>                                    Defendants. | Civil Action No. 22-cv-05443<br><br>Honorable Denise Cote |

[PROPOSED] ORDER GRANTING SETTLEMENT ADMINISTRATOR'S MOTION TO FILE UNDER SEAL SETTLEMENT ADMINISTRATOR'S COURT APPEALS REPORT AND EXHIBITS

Upon the Motion of the Settlement Administrator, not opposed by the Parties, this Court issues the following Order approving the March 9, 2026, Settlement Administrator's Motion to File Under Seal Settlement Administrator's Court Appeals Report and Exhibits.

On March 9, 2026, Edgar C. Gentle, III, the Settlement Administrator of the Daily Harvest Crumbles Settlement (the "Settlement Administrator"), prepared the Court Appeals Report, including Claimant Court Appeal Documents for the ten appealing claimants, or approximately 1.8% of the 533 Category 5 Applicants ("Exhibit A") and the Proposed Order ("Exhibit B") to the Report. The Report and Exhibits include claimant identification information and medical records regarding treatment for possible Settlement related injuries that should remain confidential to ensure claimants cannot be identified.

For these reasons, the Settlement Administrator requested that the Court issue an Order permitting the filing of the Court Appeals Report and Exhibits A and B under seal.

So ordered.

Denise Cote

3/11/26

**IT IS SO ORDERED.**

Dated: _____


_____
THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE