UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Breeanne Buckley Peni, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>*v.*<br>DAILY HARVEST, INC., and SECOND BITE FOODS, INC. d/b/a "STONE GATE FOODS",<br>Defendants. | Civil Action No. 22-cv-05443<br>Honorable Denise Cote |

## AFFIDAVIT OF SETTLEMENT ADMINISTRATOR REGARDING THE SETTLEMENT TIMELINE AND PROCEDURES

I, Edgar C. Gentle, III, the Settlement Administrator of the Daily Harvest Crumbles Settlement (the "Settlement Administrator"), hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. I have been practicing law since 1981, and specialize in the mediation, settlement and administration of Mass Cases, including class actions. I often serve as Special Master or Settlement Administrator in this role, having done so for about $6 billion in cases, which includes designing and implementing claim determination procedures and extraordinary injury allocations. My resume is in Exhibit A.

2. Unless otherwise noted, the matters set forth in this Affidavit are based upon my personal knowledge and information received from the Parties in this proceeding or my staff. The opinions presented and recommendations made in this Declaration rest on my training and experience.

## SETTLEMENT TIMELINE AND PROCEDURES

3. Notice to the Class – On June 19, 2024, pursuant to Section 7 of the Class Action Settlement Agreement (Doc. 74-2), the Notice was provided to the Class, and the Settlement Website was activated.

4. Claim Form Deadline – The initial deadline to file a Daily Harvest Claim Form was September 2, 2024.[1] The Claim Form was included in Exhibit E of the Settlement Agreement. (Doc. 74-7). In Section 4 of the Claim Form, Class Members marked their Category 1-4 designation, and if they wanted to be considered for enhancement of monetary benefits, *i.e.*, Category 5 Extraordinary Injury, to include a statement identifying any special medical circumstances of their illness that should be considered in evaluating their claim. Only Category 2, 3, and 4 claimants were eligible for Category 5 Extraordinary Injury enhancement.

5. Deficiency Review – Claimants were notified[2] of any deficiencies in April 2025. Pursuant to Section 36 of the Settlement Agreement, claimants were notified

> in writing, by mail, first class postage pre-paid…with an emailed copy to counsel for Claimant (if any) to give the Claimant (or counsel for Claimant) the chance to remedy any curable deficiencies in the Proof of Claim Form within a period of twenty (20) days after such notice has been mailed or emailed.

(Doc. 74-2).

6. Category 1-4 Determinations – In June 2025, claimants who marked Category 1 on their Claim Form, received notice of the Settlement Administrator's determination, and in

---

[1] On September 12, 2025, the Court granted the Settlement Administrator's Motion to Establish an Extended Late Claims Deadline allowing Claim Forms filed within 90 days of the Claim Form deadline, or by December 1, 2024. (Doc. 162).

[2] All notices for Unrepresented Claimants were mailed and/or emailed directly to the claimant. If a claimant was represented by a law firm, notices were emailed to the law firm to give to their claimants.

August/September 2025, claimants who marked Category 2-4 on their Claim, received their determination notice. Pursuant to Section 37 of the Settlement Agreement, claimants were given twenty days to appeal the Settlement Administrator's determination.

7. Category 1-4 Appeal Determinations – Pursuant to Section 37 of the Settlement Agreement, within twenty days of receiving an appeal, claimants were notified of the Settlement Administrator's appeal determination. All claimant appealing their Category 1-4 determination provided additional supporting documents and were subsequently granted. As a result, no Court Appeals were filed.

8. Category 5 Initial Matrix and Optional Zoom Meeting – The number of Category 5 claimants was unusually high, being approximately 533 of all 708 eligible claimants, or approximately 75%. In most similar settlements 5% to 10% is the average. In August 2025, notice of the initial Category 5 Extraordinary Injury Matrix was sent to all Category 5 applicants, with an opportunity to request an optional individual Zoom meeting with the Settlement Administrator in September 2025. Category 5 is the Settlement Administrator's discretionary category. Pursuant to the Proposed Allocation Model laid out in Exhibit F of the Settlement Agreement, the Settlement Administrator created the Category 5 Extraordinary Injury Matrix

> [b]ased on the evidence submitted…for any claimant whose injury is verified to be causally related to the consumption of French Leek and Lentil Crumbles with tara in 2022. It is agreed that the following are factors, among others, that merit consideration for enhancement, but do not require enhancement for any given claim (listed in no order of priority or gravity):
>
> - Proof of consumption and documentation of an injury
> - Any causally related invasive procedure, e.g., ERCP (endoscopic retrograde cholangiopancreatogram) or liver biopsy
> - Number of days of hospitalization
> - Any causally related complication of hospitalization that extended care needs post-hospitalization, e.g., wound infection, severe disruption of GI function
> - Chronic physical or mental symptoms causally related to illness documented by MD or DO

- Causally related miscarriage documented by MD or DO and related damage
- Other documented factors
- To correct errors or omissions in scoring the above categories

There will be no awards for punitive damages or loss of consortium.

(Doc. 74-8). Additional information detailing the creation of the Category 5 Extraordinary Injury Matrix can be found in the Settlement Administrator's October 31, 2025, Report and Recommendation (Doc. 166-1), that was approved by the Court on November 12, 2025 (Doc. 175).

9. Category 5 Determinations – On November 21, 2025, Category 5 applicants received notice of the final Category 5 Extraordinary Injury Matrix approved by the Court and Settlement Administrator's determination. Pursuant to Section 37 of the Settlement Agreement, claimants were given twenty days to appeal the Settlement Administrator's determination.

10. Category 5 Appeal Determinations – Pursuant to Section 37 of the Settlement Agreement, within twenty days of receiving an appeal, claimants were notified of the Settlement Administrator's appeal determination. If an appeal was partially granted or denied, claimants were notified that they had fourteen days from the date of the Settlement Administrator's appeal determination, to submit a Court Appeal.

11. Court Appeals – On March 9, 2026 the Settlement Administrator filed the initial Report Respecting Claimant Court Appeal Determinations.

Dated: 5/1/26

Respectfully submitted,

Edgar C. Gentle, III
*Settlement Administrator for the Daily Harvest Crumbles Settlement*

Gentle, Turner & Benson, LLC
501 Riverchase Parkway East, Suite 100
Hoover, Alabama 35244
(205) 716-3000
egentle@gtandslaw.com

**NOTARY ACKNOWLEDGEMENT**

STATE OF Alabama : SS.

COUNTY OF Shelby :

Sworn to and subscribed before me on this 1st day of May, 2026.

Notary Public

AMANDA L. WILLIAMS
My Commission Expires
March 13, 2030

STATE OF NOTARY PUBLIC ALABAMA

My Commission expires: ____________________