UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BREEANNE BUCKLEY PENI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>DAILY HARVEST, INC., et al.,<br><br>Defendants. | : | 22cv5443 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

On August 17, 2026, the settlement administrator for the Daily Harvest Crumbles Settlement and the Smirk's-Molinos Crumbles Settlement filed a motion requesting that the Court approve (1) the application of all Daily Harvest final award determinations to the Smirk's-Molinos Settlement, such that no further appeal rights are extended, and (2) the application of the Daily Harvest claim form deadline extension to the Smirk's-Molinos Settlement, such that all claim forms filed before April 21, 2025 are accepted. Accordingly, it is hereby

ORDERED that any objections to the settlement administrator's motion be filed by **September 1, 2026.**

Dated: New York, New York
August 18, 2026

DENISE COTE
United States District Judge