**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Breeanne Buckley Peni, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>*v.*<br><br>DAILY HARVEST, INC. and SECOND BITE FOODS, INC. d/b/a "STONE GATE FOODS", SMIRKS's LTD., AND MOLINOS ASOCIADOS SAC,<br><br>Defendants. | Civil Action No. 22-cv-05443<br>Honorable Denise Cote |

~~[PROPOSED]~~

**ORDER GRANTING (A) APPLICATION OF ALL DAILY HARVEST DETERMINATIONS TO THE SMIRK'S-MOLINOS SETTLEMENT AND (B) APPLICATION OF THE CLAIM FORM DEADLINE EXTENSION IMPLEMENTED IN DAILY HARVEST**

Before this court is the Settlement Administrator's unopposed Motion to Approve (A) Application of All Daily Harvest Determinations to the Smirk's-Molinos Settlement and (B) Application of the Claim Form Deadline Extension Implement in Daily Harvest.

Having considered the Settlement Administrator's Motion, and the requirements of law, this Court **GRANTS** the Motion as follows:

**IT IS HEREBY ORDERED:**

(A) that the Daily Harvest Settlement Category 1, 2, 3, 4, and 5 final award determinations be applied to the Smirk's-Molinos Settlement and no further appeal rights be extended; and

(B) to be fair and consistent to all claimants, the Settlement Administrator shall adopt the following objective procedure for late Smirk's-Molinos Claim Forms: Claim Forms filed within 90 days of the Claim Form deadline, or by April 21, 2025, shall be accepted, and Claim Forms filed more than 90 days after the Claim Form deadline shall be denied.

So ordered.
Denise Cote
9/2/26