UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

BREEANNE BUCKLEY PENI, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

DAILY HARVEST, INC., et al.,

Defendants.

---------------------------------------- X

22cv5443 (DLC)

ORDER

DENISE COTE, District Judge:

On March 11, 2025, final judgment was entered in relation to the Smirks-Molinos Settlement in the above-captioned action. Pursuant to Paragraph 37 of the October 7, 2024 Settlement Agreement, which was approved by this Court on October 9, 2024, a claimant whose claim has been rejected by the Settlement Administrator has 20 days to serve the Settlement Administrator with a notice and statement of reasons indicating the claimant's grounds for contesting the rejection along with any supporting documentation.

On September 23, 2026, the Court received a letter from a claimant postmarked September 15. The letter purports to appeal directly to the Court the Settlement Administrator's August 28, 2026 denial of an award to the claimant due to a deficiency in his claim. Because this appeal is properly lodged with the

Settlement Administrator, the Court hereby transmits the letter to the Settlement Administrator for determination of the appeal. ECF access to the letter is restricted to the Settlement Administrator.

Dated: New York, New York
September 24, 2026

DENISE COTE
United States District Judge