UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BREEANNE BUCKLEY PENI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>DAILY HARVEST, INC., et al.,<br><br>Defendants. | : | 22cv5443 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

On October 27, 2026, Class Counsel in the above-captioned action requested that the Court refer to Magistrate Judge Cave two outstanding issues relating to two "Hold Back" amounts under the Smirks-Molinos Settlement. Accordingly, it is hereby

ORDERED that the parties shall contact the chambers of Judge Cave to set a date for a conference to resolve the issues identified in Class Counsel's letter of October 27, 2026.

Dated: New York, New York
October 28, 2026

Denise Cote

DENISE COTE
United States District Judge